Tom Ellis, *Plaintiff in Error,* v. The State of Florida, *Defendant in Error.*

Opinion Filed February 23, 1922.

Petition for Rehearing Denied March 23, 1922.

This case having grown out of the same transaction and involving the same questions and having been tried at the same time, is affirmed upon authority of Ward v. State.

A Writ of Error to the Circuit Court for Santa Rosa County; A. G. Campbell, Judge.

Affirmed.

*L. V. Trueman,* for Plaintiff in Error;

*Rivers H. Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant Attorney General, for the State.

West, J.—This is a companion case to Ward v. State. The two cases grew out of the same transaction. The alleged false swearing of the two defendants forming the basis of the charge of perjury occurred in the same proceeding and is in substance the same. By agreement the two cases were tried at the same time by the same jury. The evidence against the two defendants is in practical effect the same. The verdicts and judgments are identical. Transcripts of the record filed in this court are duplicates except as to details not affecting the issues presented.

The judgment is affirmed upon the authority of Ward v. State, an opinion in which case is this day filed.

Affirmed.

BROWNE, C. J., AND TAYLOR AND WHITFIELD, J. J., concur.

ELLIS, J., not participating.